PER CURIAM.
 

 We affirm Eddie McNealy’s judgment and sentence for second-degree murder. However, as this court did in
 
 Haygood v.
 
 
 *1188
 

 State,
 
 54 So.3d 1035 (Fla. 2d DCA 2011), we certify the following question to the Florida Supreme Court to be of great public importance:
 

 IF A JURY RETURNS A VERDICT FINDING A DEFENDANT GUILTY OF SECOND-DEGREE MURDER IN A CASE WHERE THE EVIDENCE DOES NOT SUPPORT A THEORY OF CULPABLE NEGLIGENCE, DOES A TRIAL COURT COMMIT FUNDAMENTAL ERROR BY GIVING A FLAWED MANSLAUGHTER BY ACT INSTRUCTION WHEN IT ALSO GIVES AN INSTRUCTION ON MANSLAUGHTER BY CULPABLE NEGLIGENCE?
 

 Affirmed; question certified.
 

 WHATLEY, KELLY, and WALLACE, JJ., Concur.